## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| BRIAN K. ADKINS, | ) | |
| | ) | Case No. 3:16-CV-80 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge H. Bruce Guyton |
| CAROLYN W. COLVIN, Commissioner of | ) | |
| the Social Security Administration, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

On June 27, 2016, Magistrate Judge H. Bruce Guyton entered a report and

recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court

dismiss this action without prejudice for failure to prosecute based upon Plaintiff's failure to

effectuate service upon Defendant. (Doc. 5.) Neither party has filed any objections to

Magistrate Judge Guyton's R&R.[1] Nevertheless, the Court has conducted a review of the R&R,

as well as the record, and it agrees with Magistrate Judge Guyton's well-reasoned conclusions.

Accordingly, the Court will **ACCEPT** and **ADOPT** the Magistrate Judge Guyton's R&R, and

will **DISMISS** this case **WITHOUT PREJUDICE** for failure to prosecute.

   **SO ORDERED.**

---

[1] In the R&R, Magistrate Judge Guyton specifically advised Plaintiff that he had fourteen days to object to the R&R
and that failure to do so would waive her right to appeal. (Doc. 5, at 3); *see* Fed. R. Civ. P. 72(b)(2); *see also*
*Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require
district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when
neither party objects to those findings"). Even taking into account the three additional days for service provided by
Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

2